UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lisa D. Knudson,                                                                    Civil No. 11-341 (DWF/FLN)

          Plaintiff,

v.                                                                                  **ORDER ADOPTING REPORT
                                                                                    AND RECOMMENDATION**

Michael J. Astrue, Commissioner
of Social Security,

          Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated February 1, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's Motion for Summary Judgment (Doc. No. [10]) is **DENIED**.

    2.    Defendant's Motion for Summary Judgment (Doc. No. [12]) is **GRANTED**.

    3.    The case is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 21, 2012          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge